UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH COE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>NORTHEAST ORTHOPEDICS AND SPORTS MEDICINE, PLLC,<br><br>    Defendant. | Case No. 7:24-cv-01975 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Joseph Coe hereby voluntarily dismisses this action without prejudice.

Dated: March 19, 2024

Respectfully submitted,

/s/ *Adam Pollock*
Adam Pollock
Anna Menkova
**POLLOCK COHEN LLP**
111 Broadway, Suite 1804
New York, NY 10006
Tel: 212-337-5361
adam@pollockcohen.com
anna@pollockcohen.com

Ben Barnow
**Barnow and Associates, P.C.**
205 West Randolph Street, Suite 1630
Chicago, IL 60606
Tel: 312-621-2000
b.barnow@barnowlaw.com

*Counsel for Plaintiff Joseph Coe*